

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 162ND JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 23rd day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| RAKIYA ENGO DIALLO AKA RAKIYA ENGO AKWA AKA RAKIYA E. AKWA-LASTER, Appellant | On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. TX-16-01766. Opinion delivered by Justice Lang-Miers, |
| No. 05-17-00763-CV          V. | Justices Myers and Boatright participating. |
| CITY OF GARLAND AND GARLAND INDEPENDENT SCHOOL DISTRICT, Appellees | |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees City of Garland and Garland Independent School District recover their costs, if any, of this appeal from appellant Rakiya Engo Diallo aka Rakiya Engo Akwa aka Rakiya E. Akwa-Laster.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.

_____
LISA MATZ, Clerk